UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HOWELL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| Vs. | ) Case No.   15-cv-492 |
| | ) |
| NORTHSTAR LOCATION SERVICES, LLC. | ) |
| | ) |
| DEFENDANT. | ) |

**COMPLAINT AND JURY DEMAND**

NOW COMES the Plaintiff, DONALD HOWELL, by and through his attorneys, Alleman Law Firm, P.C., and for his Complaint against the Defendant, NORTHSTAR LOCATION SERVICES, LLC, for violations of the FAIR DEBT COLLECTIONS PRACTICES ACT, (FDCPA) states as follows:

**JURISDICTION**

1. Jurisdiction of this Court arises under 28 U.S.C. 1331 and 15 U.S.C. 1692 k (d) which states that such actions may be brought and heard before "any appropriate United States District Court without regard to the amount in controversy."

2. This action arises from the Defendant's violation of the Fair Debt Collections Practices Act, 15 U.S.C. 1692 et seq (FDCPA).

3. Venue in this District is proper under 28 USC 1391(b) because the acts and transactions occurred here; and the Plaintiff resides within this District.

**PARTIES**

4. The Plaintiff is a natural person who resides in Desoto, County of Jackson, State of Illinois, and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

5. Northstar Location Services, LLC., is a collection agency and is a "debt collector" as that term is defined by 15 U.S.C. 1692 a (6) and sought to collect a consumer debt from the Plaintiff.

6. The Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection of consumer debts.

**FACTUAL ALLEGATIONS**

7. Prior to January 1, 2015 the Plaintiff incurred a financial obligation to Barblay's Bank Delaware Juniper, that was primarily personal and is therefore a "debt" as that term is defined by 15 U.S.C. 1692 a (5).

8. Sometime thereafter the alleged debt was in default and consigned, placed or otherwise transferred to the Defendant, Northstar Location Services, LLC for collection from the Plaintiff.

9. Within the twelve months prior to the filing of this Complaint the Defendant sent the Plaintiff written communications that disclosed his account number in the envelope's window, in violation of the Fair Debt Collections Practices Act.

10. Within the twelve months prior to the filing of the Complaint the Defendant placed words and symbols on a debt collection envelope sent to the Plaintiff, in violation of Section 1692f(8).

11. Due to the illegal acts of the Defendant, the Plaintiff has incurred and suffered mental anguish.

### TRIAL BY JURY

13. The Plaintiff, DONALD HOWELL, is entitled to and hereby respectfully **DEMANDS TRIAL BY JURY.**

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, DONALD HOWELL, prays that Judgment be entered against the Defendant, NORTHSTAR LOCATION SERVICES, LLC, as follows:

- For an award of actual damages pursuant to 15 U.S.C. 1692(a)(1);
- For an award of statutory damages in an amount of $ 1,000.00 pursuant to 15 U.S.C. 1692(a)(2)(A) for each violation of the Act;
- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. 1692k(a)(3) (FDCPA).
- For such other and further relief as may be just and proper.

DATED: May 3, 2015.

**ALLEMAN LAW FIRM, P.C.**

/s/ *John D. Alleman*

John D. Alleman
310 E. Main Street
Carbondale, IL 62901
(618) 549-8300